USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/9/12

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
ADOLFO MENDEZ-NOUEL,

                 Plaintiff,              10 **CIVIL** 3388 (PAE)

    -against-                           **JUDGMENT**

GUCCI AMERICA, INC.,
                 Defendant.
-----------------------------------------------------------X

Gucci having moved for summary judgment, and the matter having come before the Honorable Paul A. Engelmayer, United States District Judge, and the Court, on November 8, 2012, having rendered its Opinion and Order granting Gucci's motion as to Mendez-Nouel's claims under Title VII and the NYSHRL, and directing the Clerk of Court to enter judgment in Gucci's favor as to those claims, and because the Court declines to exercise supplemental jurisdiction over Mendez-Nouel's NYCHRL claims, dismissing them without prejudice, it is,

**ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated November 8, 2012, Gucci's motion is granted as to Mendez-Nouel's claims under Title VII and the NYSHRL; judgment is entered in Gucci's favor as to those claims; because the Court declines to exercise supplemental jurisdiction over Mendez-Nouel's NYCHRL claims, they are dismissed without prejudice; accordingly, the case is closed.

**Dated:** New York, New York
        November 9, 2012

                                                          **RUBY J. KRAJICK**

                                                          **Clerk of Court**
                       **BY:**

                                                          **Deputy Clerk**

                                   THIS DOCUMENT WAS ENTERED
                                   ON THE DOCKET ON _____